No. 181. Jose S. Esquibel, Appellant, *v.* Francisco S. Chaves. Appeal from the Supreme Court of the Territory of New Mexico. January 19, 1906. Dismissed with costs, pursuant to the tenth rule. *Mr. Frank S. Bright* for appellant. No appearance for appellee.

No. 401. The Drake & Stratton Company, Plaintiff in Error, *v.* Alden Anderson, a Minor, etc. In error to the Circuit Court of the United States for the District of Minnesota. January 26, 1906. Dismissed, per stipulation. *Mr. Thomas J. Davis* for plaintiff in error. *Mr. Samuel A. Anderson* for defendant in error.

No. 402. The Drake & Stratton Company, Plaintiff in Error, *v.* Michael Senese. In error to the Circuit Court of the United States for the District of Minnesota. January 26, 1906. Dismissed, per stipulation. *Mr. Thomas J. Davis* for plaintiff in error. *Mr. Samuel A. Anderson* for defendant in error.

No. 432. Miners and Merchants Bank of Lonaconing, Plaintiff in Error, *v.* Walter Snyder. In error to the Court of Appeals of the State of Maryland. January 29, 1906. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Edgar H. Gans* for plaintiff in error. *Mr. William S. Bryan, Jr.,* for defendant in error.

No. 417. Emilio Montilla y Valdespino, Appellant, *v.* Paul Van Syckel et al. Appeal from the Supreme Court of Porto Rico. February 19, 1906. Dismissed with costs, per stipulation, on motion of *Mr. Barry Mohun* for the appellant. *Mr. J. H. McGowan* and *Mr. Charles Hartzell* for appellant. *Mr. N. B. K. Pettingill* for appellees.